United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARMON GADDIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-0993 |
| | § | |
| ARROW TRUCK SALES, INC., | § | |
| STEVEN ALLEN, SUPERIOR | § | |
| DIESEL, PREMIUM 2000 | § | |
| WARRANTY COMPANY, AND | § | |
| TRANSPORT FUNDING, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff Carmon Gaddie's Emergency Motion to Suspend Vehicle Payments Pendente Lite (Document No. 26). The Magistrate Judge in a Memorandum and Recommendation (Document No. 28) recommends Plaintiff's Emergency Motion to Suspend Vehicle Payments Pendente Lite be denied.

Plaintiff Gaddie did not file objections to the Magistrate Judge's Order. The Court, after having made a de novo determination of the above listed motion, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are adopted by the Court.

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge (Document No. 28) signed and entered May 4, 2026, which is

adopted in its entirety as the opinion of this Court, that Plaintiff's Emergency Motion to Suspend Vehicle Payments Pendente Lite (Document No. 26) is DENIED.

It is so ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 19TH day of May, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE